**FILENO: 10-10386**　　　　　　　　　　　　　　　　　　　　　　4/25/2014 2:40:42 PM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NoteInvoicesPrintQR

| Fullfilment | Invoice 14042125 03/08/2010 - FC-Hld-Loss Mit | Qty | Invoiced | Credited | Net |
|---|---|---|---|---|---|
| 02/10/2010 | Title Search & Review (FC-2) | 1 | 250.00 | 0.00 | 250.00 |
| 02/12/2010 | Foreclosure Attorney Fees (FC-18) | 1 | 390.00 | 0.00 | 390.00 |
|  | TOTAL |  | 640.00 | 0.00 | 640.00 |
|  |  |  |  | Payment | -640.00 |
|  |  |  |  | Balance | 0.00 |
| Fullfilment | Invoice 14053907 03/25/2010 - FC-Initial Invoice | Qty | Invoiced | Credited | Net |
| 03/12/2010 | Filing Fee (FC-27) | 1 | 946.00 | 0.00 | 946.00 |
| 03/23/2010 | Foreclosure Attorney Fees (FC-18) | 1 | 910.00 | 0.00 | 910.00 |
| 03/23/2010 | Service Of Process (FC-30) | 1 | 220.00 | 0.00 | 220.00 |
|  | TOTAL |  | 2,076.00 | 0.00 | 2,076.00 |
|  |  |  |  | Payment | -2,076.00 |
|  |  |  |  | Balance | 0.00 |

**REDACTED**

**REDACTED**

EXHIBIT B